```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**RAS Citron, LLC**
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Authorized Agent for Secured Creditor Ditech Financial LLC

Aleisha Jennings (049302015)

In Re:

**John P. Conklin,**

    **Debtor,**

**Melissa A. Conklin,**

    **Joint Debtor.**

Case No.: 17-36011-KCF

Chapter: 13

Hearing Date: June 12, 2019

Judge: Kathryn C. Ferguson

**CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY**
**(NOTE AND MORTGAGE DATED OCTOBER 31, 2013)**

_Celinda Simpson_, employed as _Bankruptcy Rep_ by Ditech Financial LLC, hereby certifies the following:

Recorded on November 14, 2013, in Burlington County, in Book OR13104 at Page 227

Property Address: 63 Guilford Place, Burlington, NJ 08016

Mortgage Holder: Ditech Financial LLC

Mortgagor(s)/ Debtor(s): John P. Conklin aka John Conklin and Melissa A. Conklin aka Melissa Conklin

POST-PETITION PAYMENTS (Petition filed on December 29, 2017)

| Contract Amount | Due Date | Payment Applied | Amount | Date Received | Amount Received |
|---|---|---|---|---|---|
| 1. N/A | N/A | N/A | $1,134.80 | 02/01/2018 | $1,134.80 |
| 2. $1,212.33 | 01/01/2018 | 01/2018 | $1,134.80 | 02/28/2018 | $1,057.27 |
| 3. $1,212.33 | 02/01/2018 | 02/2018 | $257.59 | 03/19/2018 | $102.53 |
| 4. $1,212.33 | 03/01/2018 | 03/2018 | $1,212.33 | 03/22/2018 | $102.53 |
| 5. $1,212.33 | 04/01/2018 | 04/2018 | $1,134.80 | 03/30/2018 | $25.00 |

| Amount Due | Date Payment Was Due | Month Payment Was Applied to (if any) | Amount Received | Date Payment Received | Running Suspense Balance |
|---|---|---|---|---|---|
| 6. N/A | N/A | N/A | $1,134.80 | 04/30/2018 | $1,159.80 |
| 7. $1,212.33 | 05/01/2018 | 05/2018 | $1,134.80 | 05/30/2018 | $1,082.27 |
| 8. $1,212.33 | 06/01/2018 | 06/2018 | $1,134.80 | 06/29/2018 | $1,004.74 |
| 9. $1,212.33 | 07/01/2018 | 07/2018 | $1,134.80 | 07/30/2018 | $927.21 |
| 10. $1,212.33 | 08/01/2018 | 08/2018 | $1,134.80 | 08/30/2018 | $849.68 |
| 11. $1,212.33 | 09/01/2018 | 09/2018 | $1,134.80 | 09/28/2018 | $772.15 |
| 12. $1,212.33 | 10/01/2018 | 10/2018 | $1,134.80 | 10/30/2018 | $694.62 |
| 13. N/A | N/A | N/A | $500.00 | 11/30/2018 | $1,194.62 |
| 14. $1,212.33 | 11/01/2018 | 11/2018 | $250.00 | 01/02/2019 | $232.29 |
| 15. $1,212.33 | 12/01/2018 | 12/2018 | $1,134.80 | 01/03/2019 | $154.76 |
| 16. $1,212.33 | 01/01/2019 | 01/2019 | $1,134.80 | 02/28/2019 | $77.23 |
| 17. $1,212.33 | 02/01/2019 | N/A | $0.00 | N/A | $77.23 |
| 18. $1,212.33 | 03/01/2019 | N/A | $0.00 | N/A | $77.23 |
| 19. $1,230.14 | 04/01/2019 | N/A | $0.00 | N/A | $77.23 |
| TOTAL: $19,415.09 | | | $15,837.52 | | $77.23 |

[Continue on attached sheets if necessary.]

Monthly payments past due: 2 mos. x $1,212.33 + 1 mo. x $1,230.14 - $77.23 (Suspense Balance) = $3,577.57 as of <u>April 4, 2019</u>

Each current monthly payment is comprised of:

    Principal and Interest   $ 739.53
    R.E. Taxes:   $ 490.61
    Insurance:   Included in above R.E. Taxes
    Late Charge:   $ 0.00
    Other:   $ 0.00 (Specify: N/A)
    TOTAL   $ 1,230.14

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): <u>Debtor's monthly payment has changed during the pendency of the bankruptcy case due to a change in the monthly escrow payment amount</u>

Pre-petition arrears: $8,628.31

I certify under penalty of perjury that the above is true.

Date: *April 22, 2019*

*Celinda Simpson*
Signature
*Celinda Simpson*
*Bankruptcy Rep*

rev 8/1/15

2