UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Morton & Craig LLC
John R. Morton, Jr.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Attorneys for FORD MOTOR CREDIT COMPANY LLC

In Re:

JOHN CONKLIN
MELISSA CONKLIN

Case No.: 17-36011

Judge: MBK

Chapter: 13

Recommended Local Form: ☑ Followed ☐ Modified

## CREDITOR'S CERTIFICATION OF DEFAULT

_Jacklyn Larsen_ does hereby certify as follows:

1. I am a __Bankruptcy Specialist__ for __Ford Motor Credit Company LLC__, a secured creditor of the debtor.

2. On __9-24-19__, an Order issued from this Court, a copy of which is attached hereto as an exhibit, providing for the cure of post-petition arrearages, and in default of such monthly payments for a thirty (30) day period, allowing the secured creditor ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the aforesaid order:

   ☑ by missing payments and/or by failing to make the correct payments as summarized on the annexed schedule "A". (Local Form 16 or 16A).

   ☐ Other _____.

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Dated:  /s/ _____Jacelyn Larsen_____
                    Signature

*Rev. 7/1/04; jml*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Morton & Craig LLC
John R. Morton, Jr.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Attorneys for Ford Motor Credit Company LLC

In Re:

John Conklin
Melissa Conklin

Case No.: 17-36011

Hearing Date:

Chapter: 13

Judge: MBK

## CERTIFICATION OF SECURED CREDITOR REGARDING POST-PETITION PAYMENT HISTORY ON VEHICLE LOAN/LEASE

Jaclyn Carson _____ of full age, employed as Bankruptcy Specialist _____ by Ford Motor Credit Company LLC _____, hereby certifies the following information:

Vehicle lender/lessor: Ford Motor Credit Company LLC

Vehicle description: 2012 Ford Escape

**POST-PETITION PAYMENTS RECEIVED** (Petition filed on 9-24-19 order )

| | Amount due | Date Payment due | Date payment received | Amount received | How payment applied (mo./yr) | Type of payment (See Legend below) |
|---|---|---|---|---|---|---|
| 1. | 430.10 | 9-4-19 | 9-17-19 | 414.00 | | |
| 2. | 430.10 | 10-4-19 | 10-8-19 | 414.00 | | |
| 3. | 430.10 | 11-4-19 | 11.18-19 | 413.00 | | |
| 4. | 430.10 | 12-4-19 | 12-17-19 | 431.00 | | |
| 5. | 430.10 | 1-4-20 | 1-22-20 | 431.00 | | |
| 6. | 430.10 | 2-4-20 | 2-28-20 | 431.00 | | |
| 7. | 430.10 | 3-4-20 | 3-3-10 | 431.00 | | |
| 8. | 430.10 | 4-4-20 | 4-17-20 | 430.00 | | |

| Amount due | Date Payment due | Date Payment received | Amount Received | How Payment applied (mo./yr) | Type of Payment (See Legend below) |
|---|---|---|---|---|---|
| 9. 430.10 | 5-4-20 | | | | |
| 10. 430.10 | 6-4-20 | | | | |
| 11. | | | | | |
| 12. | | | | | |
| Total 4,301.00 | | | 3,395.00 | | |

(Continue on attached sheets if necessary)

Monthly payments past due @ $_____ per month from _____ to _____ :

$ __906.00__

Plus miscellaneous amounts due:

        Late Charges:   $ _____

        Repossession fees:   $ _____

        Extension fees:   $ _____

        Other:   $ _____

**TOTAL POST-PETITION PAST DUE**………………………………… $ __906.00__

Pre-petition arrears: _____ to _____
( _____ months x $ _____ per month = $ __0.00__ )

**Legend:** MP = monthly payment; EXF = Extension fee; LC = Late Charge  O = Other*specify other payments received

I certify under penalty of perjury that the foregoing is true and correct.

__6-25-2020__
Date of signature

Signature: *Jaelyn Larson*

*Local Form 16A. rev.8/1/06.jml*