B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of __New Jersey__

In re _John P. Conklin and Melissa A. Conklin_ ,    Case No. _17-36011-MBK_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _10_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _08/24/2020_ (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| ABS REO Trust V | Home Preservation Partnership Trust |
| Address of Alleged Transferor: | Address of Transferee: |
| Select Portfolio Servicing,<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 841150 | AMIP Management<br>3020 Old Ranch Parkway, Suite 180<br>Seal Beach, CA 90740 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**