**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
*Attorneys for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VI-A*

| | |
|---|---|
| In Re:<br><br>John P. Conklin and Melissa A. Conklin,<br><br>    Debtors. | Chapter: 13<br><br>Case No. 17-36011 (MBK)<br><br>Judge: Michael B. Kaplan, C.U.S.B.J.<br><br>Hearing: February 16, 2021 at 9:00 a.m.<br><br>**NOTICE OF MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** |

To:    Jeanne A. Naughton, *Clerk*
       United States Bankruptcy Court
       402 E. State Street
       Trenton, New Jersey 08608

       Albert Russo
       CN 4853
       Trenton, NJ 08650-4853
       *Trustee*

       Brad J. Sadek, Esq.
       Sadek and Cooper
       1315 Walnut Street, Suite 502
       Philadelphia, PA 19107
       *Debtors' Attorney*

       John P. Conklin
       63 Guilford Place
       Burlington, NJ 08016
       *Debtor*

       Melissa A. Conklin
       63 Guilford Place
       Burlington, NJ 08016
       *Joint Debtor*

       **PLEASE TAKE NOTICE**, that on February 16, 2021, at 9:00 a.m., or as soon thereafter as counsel may be heard, Hill Wallack LLP, attorneys for Wilmington Savings Fund Society,

FSB, as Owner Trustee of the Residential Credit Opportunities Trust VI-A ("Wilmington"), shall move before the Honorable Michael B. Kaplan, C.U.S.B.J. at the United States Bankruptcy Court, 402 E. State Street, Courtroom #8, Trenton, New Jersey, for an Order granting Wilmington relief from the automatic stay with respect to the debtors, John P. Conklin and Melissa A. Conklin ("Debtors") pursuant to Section 362(d)(1) of the Bankruptcy Code with respect to real property located at 63 Guilford Court aka 63 Guilford Place, Burlington Twp., New Jersey 08016 (the "Property"), on which Wilmington holds a Mortgage; and

**PLEASE TAKE FURTHER NOTICE**, that Wilmington shall rely upon the Certification of Ron McMahan in support of its Motion; and

**PLEASE TAKE FURTHER NOTICE**, that in accordance with LBR 9013-1(a) and LBR 9013-4, a proposed form of Order is submitted herewith, and in accordance with LBR 9013-3(d), this motion will be decided on the papers unless opposition is filed.

        **HILL WALLACK LLP**
*Attorneys for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VI-A*

By:*/s/ Elizabeth K. Holdren*
    Elizabeth K. Holdren

Dated: January 21, 2021