# EXHIBIT "C"

| RECORDING INFORMATION SHEET | 50 RANCOCAS RD, MT. HOLLY, NJ 08060 |
|---|---|

| INSTRUMENT NUMBER: 5331568 | DOCUMENT TYPE: ASSIGNMENT OF MORTGAGE |
|---|---|

**Official Use Only**

TIMOTHY D. TYLER
BURLINGTON COUNTY

RECEIPT NUMBER
8440161
RECORDED ON
September 29, 2017 11:57 AM

INSTRUMENT NUMBER
5331568

BOOK: OR13298
PAGE: 8226

| Document Charge Type | ASSIGNMENT OF MORTGAGE |
|---|---|

**Return Address** *(for recorded documents)*
INGEO
1300 NORTH 200 EAST, SUITE 118
LOGAN UT 84321

| **No. Of Pages** *(Excluding Recording Information and/or Summary Sheet)* | 2 |
|---|---|
| **Consideration Amount** | $0.00 |
| **Recording Fee** | $50.00 |
| **Realty Transfer Fee** | $0.00 |
| **Total Amount Paid** | $50.00 |
| **Municipality** | BURLINGTON TWP |
| **Parcel Information** | **Block:** N/A **Lot:** N/A |
| **First Party Name** | MORTGAGE ELEC REGISTRATION SYSTEMS INC |
| **Second Party Name** | BANK OF AMERICA |

Additional Information (Official Use Only)

Ctrl Id: 5559750 Recording Clerk: connieb

Unofficial Document

*************************** *DO NOT REMOVE THIS PAGE.* ***************************
*COVER SHEET (DOCUMENT SUMMARY FORM) IS PART OF BURLINGTON COUNTY FILING RECORD*
******************* *RETAIN THIS PAGE FOR FUTURE REFERENCE.* *******************



# Burlington County Document Summary Sheet

Unofficial Document

BURLINGTON COUNTY CLERK

50 RANCOCAS RD

MOUNT HOLLY NJ 08060 1317

| **Transaction Identification Number** | 3150100 | 2567439 |
|---|---|---|

**Recorded Document to be Returned by Submitter to:**

SECURITY CONNECTIONS, INC

240 TECHNOLOGY DRIVE

IDAHO FALLS, ID 83401

| **Official Use Only** | | |
|---|---|---|
| | **Submission Date** (mm/dd/yyyy) | 09/19/2017 |
| | **No. of Pages** (excluding Summary Sheet) | 2 |
| | **Recording Fee** (excluding transfer tax) | $50.00 |
| | **Realty Transfer Tax** | $0.00 |
| | **Total Amount** | $50.00 |
| | **Document Type** | ASSIGNMENT OF MORTGAGE |
| | **Electronic Recordation Level** | L2 - Level 2 (With Images) |
| | **Municipal Codes** | |
| | BURLINGTON TWP | 6 |
| | **Bar Code(s)** | |

**Additional Information (Official Use Only)**

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF BURLINGTON COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*



# Burlington County Document Summary Sheet

| | | |
|---|---|---|
| **Type** | ASSIGNMENT OF MORTGAGE | |
| **Consideration** | | |
| **Submitted By** | SECURITY CONNECTIONS, INC (CSC/INGEO SYSTEMS INC) | |
| **Document Date** | 09/19/2017 | |

**ASSIGNMENT OF MORTGAGE**

**Reference Info**

| Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| OR | 11329 | 879 | 4417422 | |

| ASSIGNOR | Name | Address |
|---|---|---|
| | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | |

| ASSIGNEE | Name | Address |
|---|---|---|
| | BANK OF AMERICA<br>MELISSA CONKLIN<br>JOHN CONKLIN | |

**Parcel Info**

| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
|---|---|---|---|---|---|
| | | | | | |

***\* DO NOT REMOVE THIS PAGE.***
***COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF BURLINGTON COUNTY FILING RECORD.***
***RETAIN THIS PAGE FOR FUTURE REFERENCE.***

Unofficial Document

[Space Above This Line for Recording Data]

This Document Prepared By:
**LISA CAMPBELL MOORE**
**BANK OF AMERICA**
**MC: FL1-908-01-05**
**4909 SAVARESE CIR.**
**TAMPA, FL 33634**
**(800) 444-4302**
**Tax/Parcel #: 109.25-32**

When Recorded Mail To:
**FIRST AMERICAN TITLE COMPANY**
**1795 INTERNATIONAL WAY**
**IDAHO FALLS, ID 83402**

# ASSIGNMENT OF MORTGAGE

For Value Received, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR QUICKEN LOANS INC., ITS SUCCESSORS AND ASSIGNS** (herein "Assignor"), whose address is **P.O. Box 2026, Flint, MI 48501-2026**, does hereby grant, assign, transfer and convey unto **BANK OF AMERICA, N.A.** (herein "Assignee"), whose address is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063**, and its successors and assigns all its right, title and interest in and to a certain Mortgage described below.

Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR QUICKEN LOANS INC., ITS SUCCESSORS AND ASSIGNS**
Borrower(s): **MELISSA CONKLIN AND JOHN CONKLIN, WIFE AND HUSBAND**
Date of Mortgage: **FEBRUARY 12, 2007**
Original Loan Amount: **$29,500.00**
Property Address: **63 GUILFORD CT, BURLNGTN TWP, NEW JERSEY 08016**

Recorded on **FEBRUARY 27, 2007** in **INSTRUMENT NO. 4417422  BOOK 11329  PAGE 879** of the official Records of **BURLINGTON COUNTY**, State of **NEW JERSEY**.

MERS Phone#: (888) 679-6377

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
_____9/15/17_____
Date

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR QUICKEN LOANS INC., ITS SUCCESSORS AND ASSIGNS**

By: _Joseph Luis Rosario_          JOSEPH LUIS ROSARIO
(Signature)                               (Print name)
                                         **ASSISTANT VICE PRESIDENT**

_____[Space Below This Line for Acknowledgments] _____
STATE OF _Florida_

COUNTY OF _Hillsborough_ ) ss

I   CERTIFY   that   on   this _15_ day   of _September_ 20_17_,
_____JOSEPH LUIS ROSARIO_____ personally came before me and stated to my satisfaction that this person
(or if more than one, each person):

   (a)  Was the maker of the attached instrument;

   (b)  Was authorized to and did execute this instrument as **ASSISTANT VICE PRESIDENT** of the
        company, the entity named in this instrument; and,

   (c)  Executed this instrument as the act of the entity named in this instrument

                                         _P. Brueggeman_
                                         (Print name and title below signature)

Signed and sworn to before me on _9/15_____, 20_17_          Penny Brueggeman

_P. Brueggeman_
Notary Public

PENNY BRUEGGEMAN
Notary Public, State of Florida
Commission# GG 72010
My comm. expires Feb. 12, 2021

Printed Name: _Penny Brueggeman_

My commission expires: _2/12/21_

Assignment of Mortgage -                    Page 2
Wintrack #:

| INSTRUMENT NUMBER: | DOCUMENT TYPE: |
|---|---|
| **5433526** | **ASSIGNMENT OF MORTGAGE** |

**Official Use Only**

JOANNE SCHWARTZ
BURLINGTON COUNTY

RECEIPT NUMBER
8546760
RECORDED ON
January   09, 2019 3:25 PM

INSTRUMENT NUMBER
5433526

BOOK: OR13370
PAGE:  6060

| **Document Charge Type** | ASSIGNMENT OF MORTGAGE | |
|---|---|---|
| **Return Address** *(for recorded documents)* <br> LLC SIMPLIFILE <br> 4844 NORTH 300 WEST <br> PROVO  UT  84604 | | |
| **No. Of Pages** <br> *(Excluding Recording Information and/or Summary Sheet)* | | 2 |
| **Consideration Amount** | | $0.00 |
| **Recording Fee** | | $50.00 |
| **Realty Transfer Fee** | | $0.00 |
| **Total Amount Paid** | | $50.00 |
| **Municipality** | BURLINGTON TWP | |
| **Parcel Information** | **Block:**  N/A <br><br> **Lot:**  N/A | |
| **First Party Name** | BANK OF AMERICA | |
| **Second Party Name** | ABS LOAN TR | |

**Additional Information (Official Use Only)**

Ctrl Id: 5695035 Recording Clerk: jparish

*************************** *DO NOT REMOVE THIS PAGE.* ***************************
*COVER SHEET (DOCUMENT SUMMARY FORM) IS PART OF BURLINGTON COUNTY FILING RECORD*
******************* *RETAIN THIS PAGE FOR FUTURE REFERENCE.* *******************

Unofficial Document



# Burlington County Document Summary Sheet

| | |
|---|---|
| **Transaction Identification Number** | 3690653     3203077 |

BURLINGTON COUNTY CLERK

50 RANCOCAS RD

MOUNT HOLLY NJ 08060 1317

**Recorded Document to be Returned by Submitter to:**

MERIDIAN ASSET SERVICES - API

3201 34TH ST S STE 310

ST PETERSBURG, FL 33711

| **Official Use Only** | | |
|---|---|---|
| **Submission Date** *(mm/dd/yyyy)* | | 01/04/2019 |
| **No. of Pages** *(excluding Summary Sheet)* | | 2 |
| **Recording Fee** *(excluding transfer tax)* | | $50.00 |
| **Realty Transfer Tax** | | $0.00 |
| **Total Amount** | | $50.00 |
| **Document Type** | ASSIGNMENT OF MORTGAGE | |
| **Electronic Recordation Level** | L2 - Level 2 (With Images) | |
| **Municipal Codes** | | |
| | BURLINGTON COUNTY | 99 |

**Additional Information (Official Use Only)**

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF BURLINGTON COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*



# Burlington County Document Summary Sheet

| | | |
|---|---|---|
| **Type** | ASSIGNMENT OF MORTGAGE | |
| **Consideration** | | |
| **Submitted By** | SIMPLIFILE, LLC. (SIMPLIFILE) | |
| **Document Date** | 12/21/2018 | |
| **Reference Info** | | |

**ASSIGNMENT OF MORTGAGE**

| Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| | 11329 | 879 | N/A | |

| ASSIGNOR | Name | Address |
|---|---|---|
| | MELISSA CONKLIN | |
| | JOHN CONKLIN | |
| | BANK OF AMERICA NA | |

| ASSIGNEE | Name | Address |
|---|---|---|
| | ABS LOAN TRUST V | |

**Parcel Info**

| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
|---|---|---|---|---|---|
| | | | | | |

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF BURLINGTON COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Book # OR 13370 Page # 6060 Inst. # 5433526

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

Space above for Recorder's use

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **BANK OF AMERICA, N.A.**, whose address is **1800 TAPO CANYON RD., SIMI VALLEY, CA 93063**, (ASSIGNOR), does hereby grant, assign and transfer to **ABS LOAN TRUST V**, whose address is **ONE BRYANT PARK, 38TH FLOOR, NEW YORK, NEW YORK 10036**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 2/12/2007
Original Loan Amount: **$29,500.00**
Executed by (Borrower(s)): **MELISSA CONKLIN & JOHN CONKLIN**
Original Lender: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR QUICKEN LOANS INC., ITS SUCCESSORS AND ASSIGNS**
Filed of Record: In Mortgage Book/Liber/Volume **11329**, Page 879,
Document/Instrument No: N/A in the Recording District of **BURLINGTON, NJ**, Recorded on 2/22/2007.
**MUNICIPALITY: TOWNSHIP OF BURLINGTON**

Property more commonly described as: **63 GUILFORD CT, BURLINGTON TWP, NEW JERSEY 08016**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: **DEC 2 1 2018**

**BANK OF AMERICA, N.A., BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT**

By: **MARK WATERMAN**
Title: **VICE PRESIDENT**

Witness Name: **MARSHALL HILL**

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF
THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE
TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of      **FLORIDA**
County of    **PINELLAS**

On   **DEC 2 1 2018**   , before me, **TERESA M. DE LA ROSA**, a Notary Public, personally
appeared **MARK WATERMAN, VICE PRESIDENT** of/for **MERIDIAN ASSET SERVICES, LLC, AS
ATTORNEY-IN-FACT FOR BANK OF AMERICA, N.A.**, personally known to me, or who proved to me on the
basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that
the foregoing paragraph is true and correct. I further certify MARK WATERMAN, signed, sealed, attested and
delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

(Notary Name): **TERESA M. DE LA ROSA**
My commission expires: **01/24/2022**



TERESA M DE LA ROSA
Commission # GG 178438
Expires January 24, 2022
Bonded Thru Budget Notary Services

| RECORDING INFORMATION SHEET | 50 RANCOCAS RD, MT. HOLLY, NJ 08060 |
|---|---|

| INSTRUMENT NUMBER: 5467345 | DOCUMENT TYPE: ASSIGNMENT OF MORTGAGE |
|---|---|

**Official Use Only**

| Document Charge Type | ASSIGNMENT OF MORTGAGE |
|---|---|

**Return Address** *(for recorded documents)*
LLC SIMPLIFILE
4844 NORTH 300 WEST
PROVO   UT   84604

JOANNE SCHWARTZ
BURLINGTON COUNTY

RECEIPT NUMBER
8586472
RECORDED ON
June   28, 2019 2:41 PM

INSTRUMENT NUMBER
5467345

BOOK: OR13394
PAGE: 3294

| No. Of Pages *(Excluding Recording Information and/or Summary Sheet)* | 1 |
|---|---|
| Consideration Amount | $0.00 |
| Recording Fee | $40.00 |
| Realty Transfer Fee | $0.00 |
| Total Amount Paid | $40.00 |

| Municipality | BURLINGTON TWP | |
|---|---|---|
| Parcel Information | **Block:**  N/A | |
| | **Lot:**  N/A | |
| First Party Name | ABS LOAN TR | |
| Second Party Name | ABS REO TR | |

Additional Information (Official Use Only)

Ctrl Id: 5740364 Recording Clerk: kathy

*************************** *DO NOT REMOVE THIS PAGE.* ***************************
*COVER SHEET (DOCUMENT SUMMARY FORM) IS PART OF BURLINGTON COUNTY FILING RECORD*
******************* *RETAIN THIS PAGE FOR FUTURE REFERENCE.* *******************

**Book # OR 13394 Page # 3294 Inst. # 5467345**

Unofficial Document



# Burlington County Document Summary Sheet

| **Transaction Identification Number** | 3882599 | 3455662 |
|---|---|---|

BURLINGTON COUNTY CLERK

50 RANCOCAS RD

MOUNT HOLLY NJ 08060 1317

**Recorded Document to be Returned by Submitter to:**

RICHMOND MONROE - SPS

82 JIM LINEGAR LANE

BRANSON WEST, MO 65686

| **Official Use Only** | | |
|---|---|---|
| **Submission Date** *(mm/dd/yyyy)* | | 06/20/2019 |
| **No. of Pages** *(excluding Summary Sheet)* | | 1 |
| **Recording Fee** *(excluding transfer tax)* | | $40.00 |
| **Realty Transfer Tax** | | $0.00 |
| **Total Amount** | | $40.00 |
| **Document Type** | ASSIGNMENT OF MORTGAGE | |
| **Electronic Recordation Level** | L2 - Level 2 (With Images) | |
| **Municipal Codes** | | |
| BURLINGTON TWP | | 6 |

**Additional Information (Official Use Only)**

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF BURLINGTON COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Unofficial Document



# Burlington County Document Summary Sheet

| Type | ASSIGNMENT OF MORTGAGE |
|---|---|
| Consideration | |
| Submitted By | SIMPLIFILE, LLC. (SIMPLIFILE) |
| Document Date | 05/29/2019 |
| Reference Info | |

**ASSIGNMENT OF MORTGAGE**

| Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| | 11329 | 879 | | |

| ASSIGNOR | Name | Address |
|---|---|---|
| | ABS LOAN TRUST V | |
| | SELECT PORTFOLIO SERVICING INC | |
| | MELISSA CONKLIN | |
| | JOHN CONKLIN | |

| ASSIGNEE | Name | Address |
|---|---|---|
| | ABS REO TRUST V | |

| Parcel Info | | | | | |
|---|---|---|---|---|---|
| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | |

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF BURLINGTON COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

**Recording Requested By:**
Select Portfolio Servicing, Inc.

When recorded return to :
Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO. 65737
SPS #  _RRR_

T▬▬▬▬▬▬▬▬▬▬▬▬▬

## CORPORATE ASSIGNMENT OF MORTGAGE

NJ/BURLINGTON

Assignment Prepared on: May 23, 2019

**Assignor:  ABS LOAN TRUST V BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT**, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

**Assignee:  ABS REO TRUST V**, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 2/12/2007, in the amount of  $29,500.00, executed by MELISSA CONKLIN AND JOHN CONKLIN, WIFE AND HUSBAND to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR QUICKEN LOANS INC. ITS SUCCESSORS AND ASSIGNS. Recorded: 2/22/2007, Book: 11329, Page: 879 in BURLINGTON County, State of New Jersey.

The property is located in the Township of BURLINGTON.
Property Address: 63 GUILFORD CT, BURLINGTON TWP, NJ, 08016

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

ABS LOAN TRUST V BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT

On:  **MAY 28 2019**

By: _Lorena Medina_

Name:  _Lorena Medina_

Title:  **Document Control Officer**

State of  UTAH
County of  SALT LAKE

On  **MAY 2 9 2019** , before me,  **Molina Fresquez** _____, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared _Lorena Medina_
**Doc. Control Officer**_____, ABS LOAN TRUST V BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_Molina Fresquez_
Notary Expires:  **JAN 2 8 2023** ____ / #: ___704224___

MOLINA FRESQUEZ
Notary Public  State of Utah
My Commission Expires on:
January 28, 2023
Comm. Number: 704224

NJ/BURLINGTON

| INSTRUMENT NUMBER: **5549085** | DOCUMENT TYPE: **ASSIGNMENT OF MORTGAGE** |
|---|---|

| **Document Charge Type** | ASSIGNMENT OF MORTGAGE |
|---|---|

**Official Use Only**

JOANNE SCHWARTZ
BURLINGTON COUNTY

RECEIPT NUMBER
8673008
RECORDED ON
July   10, 2020 12:41 PM

INSTRUMENT NUMBER
5549085

BOOK: OR13454
PAGE:  3119

**Return Address** *(for recorded documents)*
LLC SIMPLIFILE
4844 NORTH 300 WEST
PROVO  UT  84604

| **No. Of Pages** *(Excluding Recording Information and/or Summary Sheet)* | 1 |
|---|---|
| **Consideration Amount** | $0.00 |
| **Recording Fee** | $40.00 |
| **Realty Transfer Fee** | $0.00 |
| **Total Amount Paid** | $40.00 |
| **Municipality** | BURLINGTON TWP |
| **Parcel Information** | **Block:**  N/A **Lot:**  N/A |
| **First Party Name** | ABS REO TR |
| **Second Party Name** | ABS LOAN TR |

**Additional Information (Official Use Only)**

Ctrl Id: 5845723 Recording Clerk: gvaughan

Unofficial Document

***************************** *DO NOT REMOVE THIS PAGE.* *****************************
*COVER SHEET (DOCUMENT SUMMARY FORM) IS PART OF BURLINGTON COUNTY FILING RECORD*
******************* *RETAIN THIS PAGE FOR FUTURE REFERENCE.* *******************

Book # 13454 Page # 3119 Inst. # 5549085



# Burlington County Document Summary Sheet

| | |
|---|---|
| | **Transaction Identification Number** 4428863  4158840 |

BURLINGTON COUNTY CLERK

50 RANCOCAS RD

MOUNT HOLLY NJ 08060 1317

**Recorded Document to be Returned by Submitter to:**

RESIDENTIAL REAL ESTATE REVIEW, INC.

3217 DECKER LAKE DR

WEST VALLEY CITY, UT 84119

| **Official Use Only** | | |
|---|---|---|
| | **Submission Date** *(mm/dd/yyyy)* | 06/19/2020 |
| | **No. of Pages** *(excluding Summary Sheet)* | 1 |
| | **Recording Fee** *(excluding transfer tax)* | $40.00 |
| | **Realty Transfer Tax** | $0.00 |
| | **Total Amount** | $40.00 |
| | **Document Type** ASSIGNMENT OF MORTGAGE | |
| | **Electronic Recordation Level** L2 - Level 2 (With Images) | |
| | **Municipal Codes** BURLINGTON TWP | 6 |

**Additional Information (Official Use Only)**

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF BURLINGTON COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Unofficial Document



# Burlington County Document Summary Sheet

| | Type | ASSIGNMENT OF MORTGAGE |
|---|---|---|
| **ASSIGNMENT OF MORTGAGE** | Consideration | |
| | Submitted By | SIMPLIFILE, LLC. (SIMPLIFILE) |
| | Document Date | 02/12/2007 |
| | Reference Info | |

| Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| | 11329 | 879 | 4417422 | |

| ASSIGNOR | Name | Address |
|---|---|---|
| | ABS REO TRUST V | |

| ASSIGNEE | Name | Address |
|---|---|---|
| | ABS LOAN TRUST V | |

| Parcel Info | | | | | |
|---|---|---|---|---|---|
| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | |

***\* DO NOT REMOVE THIS PAGE.***
***COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF BURLINGTON COUNTY FILING RECORD.***
***RETAIN THIS PAGE FOR FUTURE REFERENCE.***

**Book # 13454 Page # 3119 Inst. # 5549085**

Recording Requested By:
Richmond Monroe Group

When Recorded Mail To:
Jeff Prose
Richmond Monroe Group
82 Jim Linegar Ln
Branson West, MO, 65737
(417) 447-2931

TS Ref ▮▮▮▮▮▮▮▮

## CORPORATE ASSIGNMENT OF MORTGAGE

NJ/BURLINGTON

Assignment Prepared on: May 28, 2020

**Assignor: ABS REO TRUST V BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT**, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

**Assignee: ABS LOAN TRUST V**, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 2/12/2007, in the amount of $29,500.00, executed by MELISSA CONKLIN AND JOHN CONKLIN, WIFE AND HUSBAND to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR QUICKEN LOANS INC., ITS SUCCESSORS AND ASSIGNS. Recorded: 2/27/2007, Instrument #: 4417422, Book: 11329, Page: 879 in BURLINGTON County, State of New Jersey.

The property is located in the Township of BURLINGTON.
Property Address: 63 GUILFORD CT, BURLINGTON TWP, NJ, 08016

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

ABS REO TRUST V BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT

On: JUN 1 1 2020

By: _____

Name: Jordan Benincosa

Title: Document Control Officer

State of UTAH
County of SALT LAKE

On JUN 1 1 2020, before me, Shelley Malm, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Jordan Benincosa, Document Control Officer ABS REO TRUST V BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Shelley Malm

Notary Expires: FEB 1 1 2021 / #: 692961

SHELLEY MALM
Notary Public State of Utah
My Commission Expires on:
February 11, 2021
Comm Number: 692961

NJ/BURLINGTON

Book # 13454 Page # 3119 Inst. # 5549085

| INSTRUMENT NUMBER: **5602008** | DOCUMENT TYPE: **ASSIGNMENT OF MORTGAGE** |

**Official Use Only**

JOANNE SCHWARTZ
BURLINGTON COUNTY

RECEIPT NUMBER
8724730
RECORDED ON
January 06, 2021 2:02 PM

INSTRUMENT NUMBER
5602008

BOOK: OR13495
PAGE: 2368

| Document Charge Type | ASSIGNMENT OF MORTGAGE |
|---|---|

**Return Address** *(for recorded documents)*
LLC SIMPLIFILE
4844 NORTH 300 WEST
PROVO UT 84604

| | |
|---|---|
| **No. Of Pages** *(Excluding Recording Information and/or Summary Sheet)* | 3 |
| **Consideration Amount** | $0.00 |
| **Recording Fee** | $60.00 |
| **Realty Transfer Fee** | $0.00 |
| **Total Amount Paid** | $60.00 |
| **Municipality** | BURLINGTON TWP |
| **Parcel Information** | **Block:** N/A **Lot:** N/A |
| **First Party Name** | ABS LOAN TR V |
| **Second Party Name** | WILMINGTON SAV FUND SOCIETY |

**Additional Information (Official Use Only)**

Ctrl Id: 5921623 Recording Clerk: vramirez

*Unofficial Document*

***************************** *DO NOT REMOVE THIS PAGE.* *****************************
*COVER SHEET (DOCUMENT SUMMARY FORM) IS PART OF BURLINGTON COUNTY FILING RECORD*
***************** *RETAIN THIS PAGE FOR FUTURE REFERENCE.* *****************



# Burlington County Document Summary Sheet

BURLINGTON COUNTY CLERK

50 RANCOCAS RD

MOUNT HOLLY NJ 08060 1317

| **Transaction Identification Number** | 4848607 | 4675683 |
|---|---|---|

**Recorded Document to be Returned by Submitter to:**

AMIP MANAGEMENT, LLC

3020 OLD RANCH PARKWAY, SUITE 180

SEAL BEACH, CA 90740

| **Official Use Only** | | |
|---|---|---|
| **Submission Date** *(mm/dd/yyyy)* | | 12/15/2020 |
| **No. of Pages** *(excluding Summary Sheet)* | | 3 |
| **Recording Fee** *(excluding transfer tax)* | | $60.00 |
| **Realty Transfer Tax** | | $0.00 |
| **Total Amount** | | $60.00 |
| **Document Type** | ASSIGNMENT OF MORTGAGE | |
| **Electronic Recordation Level** | L2 - Level 2 (With Images) | |
| **Municipal Codes** | | |
| BURLINGTON TWP | | 6 |

**Additional Information (Official Use Only)**

***\* DO NOT REMOVE THIS PAGE.***
***COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF BURLINGTON COUNTY FILING RECORD.***
***RETAIN THIS PAGE FOR FUTURE REFERENCE.***

Book # OR 13495 Page # 2368 Inst. # 5602008



# Burlington County Document Summary Sheet

| | | |
|---|---|---|
| **Type** | ASSIGNMENT OF MORTGAGE | |
| **Consideration** | | |
| **Submitted By** | SIMPLIFILE, LLC. (SIMPLIFILE) | |
| **Document Date** | 08/25/2020 | |

**ASSIGNMENT OF MORTGAGE**

**Reference Info**

| Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| | 11329 | 879 | 4417422 | |

| ASSIGNOR | Name | Address |
|---|---|---|
| | ABS LOAN TRUST V | |
| | SELECT PORTFOLIO SERVICING INC | |
| | MELISSA CONKLIN | |
| | JOHN CONKLIN | |

| ASSIGNEE | Name | Address |
|---|---|---|
| | WILMINGTON SAVINGS FUND SOCIETY FSB TR | |
| | HOME PRESERVATION PARTNERSHIP TRUST | |

**Parcel Info**

| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
|---|---|---|---|---|---|
| | | | | | |



*** DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF BURLINGTON COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

Space above for Recorder's use

Loan N█████

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **ABS LOAN TRUST V, BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY-IN-FACT**, whose address is **3217 SOUTH DECKER LAKE DRIVE, WEST VALLEY CITY, UT 84119**, (ASSIGNOR), does hereby grant, assign and transfer to ~~to~~ See exhibit A , whose address is ~~let~~ See exhibit B , (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 2/12/2007
Original Loan Amount: **$29,500.00**
Executed by (Borrower(s)): **MELISSA CONKLIN & JOHN CONKLIN**
Original Lender: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR QUICKEN LOANS INC., ITS SUCCESSORS AND ASSIGNS**
Filed of Record:  In Mortgage Book/Liber/Volume 11329, Page 879
Document/Instrument No: N/A in the Recording District of **Burlington**, NJ, Recorded on 2/22/2007.
**MUNICIPALITY: TOWNSHIP OF BURLINGTON**

Property more commonly described as: **63 GUILFORD CT, BURLINGTON TWP, NEW JERSEY 08016**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date:  4/25/00

**ABS LOAN TRUST V, BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY-IN-FACT**

By: _____
BRYAN BALL
Title:  DOCUMENT CONTROL OFFICER

Witness Name: _____
Bill Koch

(SELECT PORTFOLIO SERVICING, INC. Corporate 1989 SEAL UTAH)

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of **UTAH**
County of **Salt Lake**

On **AUG 2 5 2020**_____, before me, **Taylor Davis**, a Notary Public, personally appeared **Bryan Ball**_____, **Document Control Officer**_____ of/for **SELECT PORTFOLIO SERVICING, INC., AS ATTORNEY-IN-FACT FOR ABS LOAN TRUST V**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of  that the foregoing paragraph is true and correct. I further certify **Bryan Ball**_____, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.



(Notary Name): **Taylor Davis**
My commission expires: **FEB 0 7 2022**

**TAYLOR DAVIS**
Notary Public  State of Utah
My Commission Expires on:
February 7, 2022
Comm. Number: 698910

EXHIBIT A

**WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF HOME PRESERVATION PARTNERSHIP TRUST

**PPR NOTE CO., INC., 920 CASSAT RD., SUITE 210, BERWYN, PA 19312

Unofficial Document

| RECORDING INFORMATION SHEET | | 50 RANCOCAS RD, MT. HOLLY, NJ 08060 |
|---|---|---|

| INSTRUMENT NUMBER: **5602009** | DOCUMENT TYPE: **ASSIGNMENT OF MORTGAGE** |
|---|---|

**Official Use Only**

JOANNE SCHWARTZ
BURLINGTON COUNTY

RECEIPT NUMBER
8724730
RECORDED ON
January 06, 2021 2:02 PM

INSTRUMENT NUMBER
5602009

**BOOK: OR13495**
**PAGE: 2374**

| Document Charge Type | ASSIGNMENT OF MORTGAGE |
|---|---|

**Return Address** *(for recorded documents)*
LLC SIMPLIFILE
4844 NORTH 300 WEST
PROVO UT 84604

| **No. Of Pages** *(Excluding Recording Information and/or Summary Sheet)* | 1 |
|---|---|
| **Consideration Amount** | $0.00 |
| **Recording Fee** | $40.00 |
| **Realty Transfer Fee** | $0.00 |
| **Total Amount Paid** | $40.00 |
| **Municipality** | BURLINGTON TWP |
| **Parcel Information** | **Block:** N/A **Lot:** N/A |
| **First Party Name** | WILMINGTON SAV FUND SOCIETY |
| **Second Party Name** | WILMINGTON SAV FUND SOCIETY |

**Additional Information (Official Use Only)**

Ctrl Id: 5921624 Recording Clerk: vramirez

***************************** *DO NOT REMOVE THIS PAGE.* *****************************
*COVER SHEET (DOCUMENT SUMMARY FORM) IS PART OF BURLINGTON COUNTY FILING RECORD*
******************* *RETAIN THIS PAGE FOR FUTURE REFERENCE.* *******************



## Burlington County Document Summary Sheet

Unofficial Document

BURLINGTON COUNTY CLERK

50 RANCOCAS RD

MOUNT HOLLY NJ 08060 1317

| **Transaction Identification Number** | 4848607 | 4675684 |
| --- | --- | --- |

**Recorded Document to be Returned by Submitter to:**

AMIP MANAGEMENT, LLC

3020 OLD RANCH PARKWAY, SUITE 180

SEAL BEACH, CA 90740

**Official Use Only**

| | | |
| --- | --- | --- |
| **Submission Date** *(mm/dd/yyyy)* | | 12/15/2020 |
| **No. of Pages** *(excluding Summary Sheet)* | | 1 |
| **Recording Fee** *(excluding transfer tax)* | | $40.00 |
| **Realty Transfer Tax** | | $0.00 |
| **Total Amount** | | $40.00 |
| **Document Type** | ASSIGNMENT OF MORTGAGE | |
| **Electronic Recordation Level** | L2 - Level 2 (With Images) | |
| **Municipal Codes** | | |
| BURLINGTON TWP | | 6 |

**Additional Information (Official Use Only)**

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF BURLINGTON COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*


| | Type | ASSIGNMENT OF MORTGAGE | | | |
|---|---|---|---|---|---|
| | Consideration | | | | |
| | Submitted By | SIMPLIFILE, LLC. (SIMPLIFILE) | | | |
| | Document Date | 12/14/2020 | | | |
| | Reference Info | | | | |
| | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
| | | 11329 | 879 | 4417422 | |

| ASSIGNMENT OF MORTGAGE | ASSIGNOR | Name | | Address | |
|---|---|---|---|---|---|
| | | WILMINGTON SAVINGS FUND SOCIETY FSB TR | | | |
| | | HOME PRESERVATION PARTNERSHIP TRUST | | | |
| | | MELISSA CONKLIN | | | |
| | | JOHN CONKLIN | | | |
| | ASSIGNEE | Name | | Address | |
| | | WILMINGTON SAVINGS FUND SOCIETY FSB TR | | | |
| | | RESIDENTIAL CREDIT OPPORTUNITIES TRUST VI-A | | | |

| Parcel Info | | | | | |
|---|---|---|---|---|---|
| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | |

Unofficial Document

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF BURLINGTON COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Prepared by and when
Recorded Return to:

AMIP Management
Attn: Dena Noble
3020 Old Ranch Pkwy #180
Seal Beach, CA 90740

Servicer ▮▮▮▮▮▮▮

### ASSIGNMENT OF Mortgage

For Value Received, WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF HOME PRESERVATION PARTNERSHIP TRUST (herein "Assignor") whose address c/o PPR Note Co., LLC, 920 Cassatt Road, Berwyn, PA 19312, does hereby grant, sell, assign, transfer and convey, unto WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST VI-A (herein "Assignee"), whose address is 3020 OLD RANCH PARKWAY, STE 180, SEAL BEACH, CA 90740, a certain described Mortgage, together with the note(s) and obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage.

Mortgage from Melissa Conklin and John Conklin, wife and husband to Mortgage Electronic Registration Systems, Inc. as nominee for Quicken Loans Inc. in the amount of $29,500.00 dated 2/12/2007 and filed for record 2/27/2007 as Instrument 4417422 in the official records of Burlington County, STATE OF New Jersey.
Book 11329, Page 879
Property Address: : 63 GUILFORD CT, BURLINGTON TWP, NJ 08016

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on _December 14_, 20_20_

WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF HOME PRESERVATION PARTNERSHIP TRUST
By: American Mortgage Investment Partners Management, LLC, its Attorney-in-Fact

By: _____
Ron McMahan
CEO

> A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

On _12-14-2020_ before me, Valya Fisher, the undersigned Notary Public, personally appeared Ron McMahan who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _Valya Fisher_
Valya Fisher, Notary Public