# EXHIBIT "D"

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
*Attorneys for Wilmington Saving Fund Society,*
*FSB, as Owner Trustee of the Residential Credit*
*Opportunities Trust VI-A*

| | |
|---|---|
| In Re: | Chapter: 13 |
| John P. Conklin and Melissa A. Conklin, | Case No. 17-36011 (MBK) |
| Debtors. | Judge: Michael B. Kaplan, C.U.S.B.J. |
| | Hearing:          2001, at 9:00 a.m. |

### CERTIFICATION OF CREDITOR REGARDING
### POST PETITION PAYMENT HISTORY
### (NOTE AND MORTGAGE DATED FEBRUARY 12, 2007)

Ron McMahan, of full age, employed as CEO by Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VI-A hereby certifies the following:

Mortgage recorded on February 27, 2007 in Burlington County, in Book 11329 at Page 879

Property Address: 63 Guilford Ct. aka 63 Guilford Place, Burlington Twp., New Jersey 08016

Mortgage Holder: Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VI-A

Mortgagor(s)/ Debtor(s): John Conklin and Melissa Conklin

## POST-PETITION PAYMENTS (Petition filed on: 12/29/2017)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Suspense Balance |
|---|---|---|---|---|---|
| $237.37 | 1/1/18 | 1/1/18 | $237.37 | 1/12/18 | |
| $237.37 | 2/1/18 | | | | |
| | | Suspense | $237.15 | 2/15/18 | $237.15 |
| | | 2/1/18 | $237.37 | 3/15/18 | $237.15 |
| $237.37 | 3/1/18 | | | | $237.15 |
| $237.37 | 4/1/18 | | | | $237.15 |
| $237.37 | 5/1/18 | | | | $237.15 |
| $237.37 | 6/1/18 | | | | $237.15 |
| $237.37 | 7/1/18 | | | | $237.15 |
| | | 3/1/18 | $237.37 | 7/18/18 | $237.15 |
| | | Reversal (3/1/18) | ($237.37) | | $237.15 |
| $237.37 | 8/1/18 | | | | $237.15 |
| $237.37 | 9/1/18 | | | | $237.15 |
| | | 3/1/18 | $237.37 | 9/14/18 | $231.57 |
| | | Reversal (3/1/18) | ($237.37) | | $237.15 |
| | | 3/1/18 | $237.37 | 9/25/18 | $237.15 |
| | | Reversal (3/1/18) | ($237.37) | | $237.15 |
| | | 3/1/18 | $237.37 | 10/11/18 | $237.15 |
| $237.37 | 10/1/18 | | | | $237.15 |
| $237.37 | 11/1/18 | | | | $237.15 |
| $237.37 | 12/1/18 | | | | $237.15 |
| $237.37 | 1/1/19 | | | | $237.15 |
| $237.37 | 2/1/19 | | | | $237.15 |
| $237.37 | 3/1/19 | | | | $237.15 |
| $237.37 | 4/1/19 | | | | $237.15 |
| $237.37 | 5/1/19 | | | | $237.15 |
| $237.37 | 6/1/19 | | | | $237.15 |
| $237.37 | 7/1/19 | | | | $237.15 |
| $237.37 | 8/1/19 | | | | $237.15 |
| $237.37 | 9/1/19 | | | | $237.15 |
| $237.37 | 10/1/19 | | | | $237.15 |
| $237.37 | 11/1/19 | | | | $237.15 |
| $237.37 | 12/1/19 | | | | $237.15 |
| $237.37 | 1/1/20 | | | | $237.15 |
| $237.37 | 2/1/20 | | | | $237.15 |
| $237.37 | 3/1/20 | | | | $237.15 |
| $237.37 | 4/1/20 | | | | $237.15 |
| $237.37 | 5/1/20 | | | | $237.15 |
| $237.37 | 6/1/20 | | | | $237.15 |
| $237.37 | 7/1/20 | | | | $237.15 |
| $237.37 | 8/1/20 | | | | $237.15 |

| $237.37 | 9/1/20 | | | | $237.15 |
|---------|--------|--|--|--|---------|
| $237.37 | 10/1/20 | | | | $237.15 |
| $237.37 | 11/1/20 | | | | $237.15 |
| $237.37 | 12/1/20 | | | | $237.15 |
| $237.37 | 1/1/21 | | | | $237.15 |
| | | | | | |
| Total: $8,782.69 | | | Total: $949.26 | | |

Monthly payments past due as of 1/11/21:

34 mos. @ $237.37 (4/1/2018 – 1/1/2021): $8,070.58

Less Suspense Balance: $ 237.15

Total Due as of January 11, 2021: $7,833.43

*In addition, reasonable attorney fees and court filing costs not to exceed $1,238.00 will be incurred for representation in this matter.*

Each current monthly payment is comprised of:

Principal & Interest: $ 237.37

Escrow: $

Insurance: $ 0.00

Late Charge: $ 0.00

Other: $ 0.00 (Specify _____)

TOTAL $ 237.37

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): Pre-petition arrears: _____ to _____

(_____ mos. x $ _____ /mo. = $ _____ )

I certify under penalty of perjury that the foregoing is true and correct.

Date: 1-20-H          Signature: _____

Ron McMahan