|                                                                 |                                  |
| --------------------------------------------------------------- | -------------------------------- |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY        |                                  |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |  |
| In re:<br><br>John P. Conklin<br>Melissa A. Conklin<br><br>Debtor(s) | Case No.: 17-36011 / MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

# CHAPTER 13 TRUSTEE'S
# CERTIFICATION OF DEFAULT

Albert Russo, Chapter 13 Standing Trustee in this case certifies:

1. The *Order Confirming Chapter 13 Plan* or *Order Regarding Chapter 13 Standing Trustee's Motion to Dismiss*, orders the debtor to perform as follows:

   ☒ To make plan payments in under the terms of the confirmation order. If the debtor failed to make a plan payment to the trustee for a period of more than 30 consecutive days, the trustee was authorized to file a certification of default with notice of said certification to the debtor(s) and debtor's attorney, if any.

   ☐ To continue regular monthly payments of $752.00. If the debtor failed to make a payment for a period of more than 30 consecutive days, the trustee was authorized to file a certification of default with notice of said certification to the debtor(s) and the debtor's attorney, if any.

   ☐ To file with the Court an *Order to Employer to Pay the Chapter 13 Trustee* not later than thirty (30) days from the date of the *Order Regarding Chapter 13 Standing Trustee's Certification of Default or Motion to Dismiss*.

2. The debtor(s) has not performed as ordered by the Court in that:

   [x] The debtor is in arrears in plan payments in the amount of $3,007.00. The debtor's last payment was made on 09/22/2021 in the amount of $752.00.

   [ ] To date the debtor's attorney, if any, has not submitted an *Order to Employer to Pay the Chapter 13 Trustee*.

3. I make this Certification in support of the entry of an order dismissing this case.

4. I declare under penalty of perjury that the foregoing is true and correct.

DATED: 12/13/2021                                              /s/ Albert Russo
                                                               Albert Russo
                                                               Standing Chapter 13 Trustee